**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID R. CUBBY, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PAERSON, et al. <br><br> Defendant. | Civil Action No: 23-2842(MCA) <br><br> **ORDER FOR DISMISSAL** |

It appearing in the above captioned action that the plaintiff has failed to move this action by either paying the filing fee or filing an application to proceed in forma pauperis within the time frame established by this Court;

**It is on this 27th day of June, 2023;**

**ORDERED** that this action is hereby dismissed without prejudice for failure to comply with the Court's letter issued on May 25, 2023.

*s/Madeline Cox Arleo*
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE