UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------

DAVID R. CUBBY, ESQ. :
    PLAINTIFF :
: Civil Action No. 2:23-cv-02842-MCA-CLW
vs. :
:
CITY OF PATERSON; et al. :
    DEFENDANTS. :
:

------------------------------------------------------

PLEASE TAKE NOTICE that David R. Cubby, Esq, appearing pro se, will move before the Honorable Madeline Cox Arleo, U.S.D.J., on emergent basis for an Order Enjoining the State of New Jersey from enforcing the warrant issued by Paterson Municipal Court dated June 2021 against David R. Cubby, Esq. for Failure to Appear at Trial.

Plaintiff shall further move for an Order vacating the Dismissal of the above captioned action.

In support of my motion, I will rely on the attached letter brief and the complaint filed in this matter.

Plaintiff certifies that copies of the same were served upon Matthew Platkin, Attorney General for the State of New Jersey, via email (ocs@njoag.gov).

*David R. Cubby*

David R. Cubby, Esq.
Appearing Pro Se
241 ½ South Main Street
Lead, SD 57754

Date: October 1, 2024

1