<u>**CLOSING**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **David R. Cubby,**<br><br>*Plaintiff*,<br><br>v.<br><br>**City of Paterson,** et al.,<br><br>*Defendants.* | Civil Action No. 23-02842<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff David R. Cubby's ("Plaintiff") request to proceed <u>in forma pauperis</u>, ECF No. 5;

and it appearing that Plaintiff initiated this action on May 22, 2023, by filing a Complaint with this Court, <u>see</u> ECF No. 1;

and it appearing that the Court, on May 25, 2023, informed Plaintiff that he must either (1) provide the filing fee as required by 28 U.S.C. § 1914 and item 14 of the District Court Miscellaneous Fee Schedule, or (2) submit an application to proceed <u>in forma pauperis</u>, within twenty-one (21) days of the letter's entry, <u>see</u> ECF No. 3;

and it appearing that Plaintiff did not provide the requisite filing fee or submit an application to proceed <u>in forma pauperis</u>;

and it appearing that the Court therefore dismissed Plaintiff's Complaint without prejudice, <u>see</u> ECF No. 4;

and it appearing that on October 1, 2024, Plaintiff filed an application to proceed <u>in forma pauperis</u> that did not contain a proper signature, ECF No. 5;

1

and it appearing that the Court informed Plaintiff on October 2, 2024, that his application to proceed in forma pauperis was deficiently signed, see October 2, 2024, Clerk's Quality Control Message;

and it appearing that Plaintiff has neither provided a revised application to proceed in forma pauperis nor the requisite filing fee;

and it appearing that Plaintiff has been telephoning this Court repeatedly and has been accusatory against this Court and its staff;

and it appearing that until such time Plaintiff's application to proceed in forma pauperis includes a properly executed sworn statement under oath, or Plaintiff provides the requisite filing fee, and until Plaintiff's Complaint is thereafter filed and served, the Court cannot consider Plaintiff's "Motion to Quash the Warrant Issued against Plaintiff by Paterson Municipal Court [and] Vacate the Order," ECF No. 7;

**IT IS** on this 9th day of October, 2024;

**ORDERED** that Plaintiff's Motion to proceed in forma pauperis, ECF No. 5, is **DENIED WITHOUT PREJUDICE**. Plaintiff may refile a complete form within 30 days of this Order;

and it is further **ORDERED** that all communications by Plaintiff to this Court shall hereafter be in writing on the docket and Plaintiff shall not call Chambers;

and it is further **ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form application for proceeding in forma pauperis;

and it is further **ORDERED** that this matter is hereby **CLOSED**.

          */s Madeline Cox Arleo*
          **Hon. Madeline Cox Arleo**
          UNITED STATES DISTRICT JUDGE