WILLIAM PASCRELL, JR.; WILLIAM     :