UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| DAVID R. CUBBY, ESQ. : | |
|     PLAINTIFF : | |
| : | Civil Action No. 2:23-cv-02842-MCA-CLW |
| vs. : | |
| : | |
| CITY OF PATERSON; STATE OF NEW : | |
| JERSEY; COUNTY OF PASSAIC; : | |
| COUNTY OF BERGEN; GOVERNOR : | |
| PHIL MURPHY; NEW JERSEY : | |
| COMMUNITY DEVELOPMENT : | |
| CORPORATION; PASSAIC VALLEY : | |
| WATER COMMISSION; ANDRE : | |
| SAYEGH; CAMELIA VALDEZ; JERRY : | |
| SPEZIALE; G&S HUNTERS; ALMA : | |
| BANK; ALMA REALTY CORP.; FABIAN : | |
| -ALEXANDRIA, LLC; RICHARD : | |
| BLENDER; ROBERT DEL VECCHIO; : | |
| JOHN FRESSIE; BASCOM CORP; : | NOTICE OF APPEAL |
| COLUMBIA BANK; TD BANK, NA; : | |
| LAKELAND BANK; NINA SURICH; : | |
| JOHN MEOLA; JOHN SEGRETO; : | |
| DAVID STANZIALE; SOHAIL : | |
| MOHAMMED; BONNIE MIZDOL; : | |
| JOSEPH MONAGHAN; LISA FIRKO; : | |
| KIM CITRINO; HEATHER JOY BAKER; : | |
| JOHANNA BARBA-JONES; RYAN : | |
| MORIARTY; STEPHEN BUDELMAN; : | |
| CHARLES CENTINARO; DOMENICK : | |
| STAMPONE; JOHN ABDELHADI; THE : | |
| ART FACTORY, LLC; ONE PATERSON; : | |
| WILLIAM PASCRELL, JR.; WILLIAM : | |
| PASCRELL, III; PRESSLER & : | |
| VERNIERO; DISCOVER BANK, NA; : | |
| RPM DEVELOPMENT : | |
|     DEFENDANTS. : | |
| : | |

---

Notice is hereby given that David R. Cubby, Esq., Plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an order denying Plaintiff relief from unlawful and unconstitutional orders, denying Plaintiff a hearing on an emergent basis, denying

Plaintiff's Motion to Proceed In Forma Paupiris , entered in this action on the 9th day of October, 2024, without notice to Plaintiff.

                                                              /s/  <u>David R. Cubby, Esq</u>.
                                                                    Appearing Pro Se
                                                                    241 ½ South Main Street
                                                                    Lead, SD 57754